People of the State of Illinois ex rel. Leona Lesner, Plaintiff, v. Gus Vacianos, Appellee. Leona Lesner, Appellant.

Gen. No. 40,730.

Heard in second division, first district, this court at June term, 1939; opinion filed April 2, 1940. Crahen, Sullivan, O'Toole & Sullivan, for appellant; John E. Crahen, of counsel; Lawrence E. Dowd, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''